UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0094

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT NO. _____ |
| v. | 18 U.S.C. § 844(i) |
| | Arson |
| GARY TAYLOR SMITH | |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*Arson*
18 U.S.C. § 844(i)

On or about February 28, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**GARY TAYLOR SMITH,**

maliciously damaged and destroyed, by means of fire, a building and other real and personal property used in interstate commerce and in an activity affecting interstate commerce, to wit: the Savannah Taphouse, located at 125 E. Broughton Street, Savannah, Georgia, and the Marshall House, located at 123 E. Broughton Street, Savannah, Georgia.

All in violation of Title 18 United States Code, Section 844(i).

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Criminal Division Chief

_____
Tania D. Groover
Assistant United States Attorney
*Lead Counsel